# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*March 12, 2025*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Miguel Angel MORALES-Montiel | ) | Case No. **4:25-mj-0137** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of March 10, 2025 in the county of Montgomery in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC § 1326(a) and (b) | Illegal Re-Entry of a Previously Deported Felon |

This criminal complaint is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

HSI SA Eric McCall
*Printed name and title*

Submitted by reliable electronic means, sworn to,
signature, attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on:

Date: March 12, 2025

_____
*Judge's signature*

City and state: Houston, TX

Richard W. Bennett, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

## Affidavit in Support of a Criminal Complaint

I, Eric McCall, after being duly sworn, state as follows: I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), as a Special Agent (SA) of Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) Department of Homeland Security (DHS) assigned to the Special Agent in Charge (SAC) Houston and have been so employed since May 31, 2016. I started my career in 1998 with the U.S. Border Patrol in Brownsville, Texas.  In 2003, I transferred to Corpus Christi, Texas, as a Special Agent with Immigration and Customs Enforcement (ICE).

This affidavit is made in support of the Criminal Complaint against Miguel Angel MORALES-Montiel.  The facts contained in this affidavit are based upon information of my own personal knowledge, observations and/or facts related to me by other agents of HSI and/or other law enforcement personnel involved in this investigation.  Because this affidavit is being submitted for the limited purpose of establishing probable cause for this arrest, the affidavit may not contain every fact known to me during the course of this investigation.

Affiant believes that Probable Cause exists that the Defendant, Miguel Angel MORALES-Montiel (hereafter MORALES), a citizen of Mexico, did violate Title 8 USC 1326(a) and (b) by unlawfully re-entering the United States after having been convicted of a Texas State Jail Felony and after having been Removed (Deported) previously to Mexico.

On April 24, 2024, Miguel Angel MORALES-Montiel was arrested by the Huntsville Police Department for continuous Violence Against the Family.  The arrest was affected in Walker County within the Southern District of Texas. Subsequently, on March 10, 2025, MORALES was arrested by ICE Officers and transported Montogomery Processing Center in Conroe, Texas, in order to re-instate his final order of removal.

1

**Record Checks Revealed:**

**Immigration record checks revealed MORALES is a citizen of Mexico, who has been Removed (Deported) from the United States to Mexico three times previously in the years 2009, 2012, and 2018.**

**On November 6, 2009, in Huntsville, Texas, MORALES was arrested by a Deportation Officer and issued a notice to appear (NTA) before a United States Immigration Judge at Houston, Texas. Subsequently, he was Removed (Deported) to Mexico on or about November 25, 2009, from Laredo, Texas.**

**This first Removal (Deportation) was subsequent to a Class B Misdemeanor Conviction on April 24, 2003, for Driving While Intoxicated, and a State Jail Felony Conviction on March 8, 2004, for Possession of a Controlled Substance. Also, on November 5, 2009, MORALES was Convicted of Deadly Conduct and Assault Causes Bodily Injury to a Family Member both of which are Class A Misdemeanors.**

**On May 23, 2012, MORALES' was arrested by a Deportation Officer and his Order of Removal was Re-Instated after he was encountered at the Walker County Jail in Huntsville, Texas. This arrest was subsequent to a State Jail Felony Conviction for Attempt to Commit Injury to a Child or Elderly or Disabled with Intent to Cause Bodily Injury. On May 25, 2012, MORALES was Removed (Deported) a second time to Mexico via the Laredo, Texas, Port of Entry.**

**On September 13, 2018, in Huntsville, Texas, MORALES' was arrested by a Deportation Officer, and his Order of Removal was Re-Instated after he was encountered at the Walker County Jail. On August 16, 2018, MORALES was Sentenced to 3 Days for a Class A Misdemeanor for Driving While Intoxicated. On September 20, 2018, MORALES was Removed a third time to Mexico via the Laredo, Texas, Port of Entry.**

**On April 24, 2024, MORALES was arrested by the Huntsville Police Department in Huntsville, Texas, for Continuous Violence Against the Family, which is a Third Degree Felony. On March 7, 2025, MORALES was Sentenced to 318 Days for the lesser charge, which is a Class A Misdemeanor. Subsequently, on March 10, 2025, MORALES was arrested by a Deportation Officer and transported to the Mongomery Processing Center in Conroe, Texas.**

2

Via Record Checks, MORALES has violated Title 8 USC 1326(a) and (b) for being present in the United States after having been previously Removed and Convicted of at least three Misdemeanors and at least one Felony, a Texas State Jail Felony.

A search of immigration databases indicated that MORALES has never requested permission (via form I-212) from the Secretary of the Department of Homeland Security or the Attorney General of the United States for permission to lawfully reenter the United Sates pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557.

_____
**Eric McCall, HSI Special Agent**
DHS-Department of Homeland Security
ICE-Immigration and Customs Enforcement
HSI-Homeland Security Investigations

Submitted by reliable electronic means, sworn to, signature, attested telephonically per Fed. R. Crim. P. 4.1, and probable cause found on March 12, 2025.

_____
**The Honorable Richard W. Bennett**
UNITED STATES MAGISTRATE JUDGE

3